**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 95-7390**

—————

In Re: RONALD FLOYD JACKSON,

Appellant,

CHARLES LEE STUBBS,

Plaintiff,

versus

CHARLES E. FOLEY, Sheriff of Marlboro County;
COUNTY OF MARLBORO, Respondeat Superior; RUSTY
PARRISH, Deputy Sheriff; CHARLES LEMMON,
Deputy Sheriff; HENRY ABRAHAM, Deputy Sheriff;
EARL HOOD, Warden, Marlboro County Jail,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph R. McCrorey, Magistrate Judge.
(CA-92-2165-3-20BC)

—————

Submitted:  May 16, 1996           Decided:  May 29, 1996

—————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Ronald Floyd Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order declining to substitute the Appellant for the deceased plaintiff in this action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion to proceed in forma pauperis and dismiss on the reasoning of the district court. Jackson v. Foley, No. CA-92-2165-3-20BC (D.S.C. July 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED